**Willie JAMES, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 58062.**

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 20, 1990.

J. Gregory Mermelstein, Lew Anthony Kollias, Columbia, for movant/appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

ORDER

Movant appeals from the denial of his Rule 24.035 post-conviction motion without an evidentiary hearing. His motion was not verified. The Supreme Court has ruled that verification is an essential element required to invoke the jurisdiction of the trial court. *See, Kilgore v. State,* 791 S.W.2d 393 (Mo. banc 1990). An extended opinion would therefore have no jurisprudential purpose. The judgment is affirmed in accordance with Rule 84.16(b).